OPINION — AG — ** NEPOTISM — COUNTY COMMISSIONERS — APPOINTMENT ** QUESTION: IT IS LAWFUL FOR A COUNTY COMMISSIONER TO EMPLOY HIS FIRST COUSIN'S HUSBAND ON THE COUNTY ROADS, ON A MONTHLY AND CONTINUOUS BASIS, WHERE SUCH EMPLOYEE WILL BE PAID FROM THE COUNTY FUND ? — IT DOES NOT VIOLATE 21 O.S. 481 [21-481] (NEPOTISM LAW) (COUNTY OFFICER) CITE: 84 O.S. 217 [84-217], 84 O.S. 221 [84-221] 21 O.S. 482 [21-482], 21 O.S. 481 [21-481] (GEORGE T. MONTGOMERY)